IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEVEN OWEN )
) No. 3-06-0344
v. )
)
HERITAGE OPERATING, L.P. d/b/a )
Flamegas Company; and JOHN DOE )

O R D E R

In accord with the contemporaneously filed memorandum, this case is hereby REMANDED to the Circuit Court of Wilson County, Tennessee, pursuant to 28 U.S.C. § 1447(d).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge